# ALTON J. MILTON v. JOHN H. GREER and Another.[1]

January 29, 1915.

Nos. 18,977–(201).

**Exchange of property — evidence.**

Action to rescind exchange of property because of fraudulent misrepresenta-
tions. Judgment in favor of plaintiff. *Held*: The evidence justifies the deci-
sion and the court did not err in overruling objections to the admission of
certain evidence. [Reporter.]

Action in the district court for Hennepin county for the reconveyance of certain
real estate. The case was tried before Molyneux, J., who denied defendants'
motion to dismiss the action, made findings and ordered judgment in favor
of plaintiff. From the judgment entered pursuant to the order for judgment,
defendants appealed. Affirmed.

*O. M. Peabody*, for appellants.

*Latham & Pidgeon*, for respondent.

PER CURIAM.

The parties to this action made an exchange of properties whereby plaintiff
conveyed to defendant John H. Greer 120 acres of timber land in the state of
Washington, and defendants conveyed to plaintiff 40 acres of land in Renville
county, Minnesota, and a lot in a suburb of Minneapolis. Neither party saw
or examined the property of the other before making the exchange. Shortly
after examining the property which he had acquired, plaintiff brought this
action, in which he alleged that Greer had fraudulently misrepresented the condi-
tion, character and value of such property and the amount of a ditch lien
against the 40-acre tract, and that he, plaintiff, had relied upon such repre-
sentations in making the exchange, and asked for a rescission of the trans-
action. The trial court found the facts to be as claimed by plaintiff and rendered
judgment granting the relief demanded. Defendants who are husband and wife
took a joint appeal from the judgment. The questions presented for considera-
tion by the assignments of error are whether the findings are sustained by
the evidence, and whether the court erred in overruling objections to the
admission of certain evidence. We have examined the record with care and
find that the evidence fully justifies the conclusions of the trial court, and
that the rulings assigned as error were correct.

Judgment affirmed.

[1]Reported in 150 N. W. 1102.